UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUWIT PRASOPRAT,<br><br>　　　　　Petitioner<br><br>vs.<br><br>MICHAEL BENOV, Warden of the<br>Metropolitan Detention Center,<br><br>　　　　　Respondent. | Case No. CV 06-2599-PA(RC)<br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION OF UNITED STATES<br>MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a de novo determination.

　　　IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; (3) respondent's motion to dismiss is denied; and (4) the petition for writ of habeas corpus is denied on the merits, and the action is dismissed with

1 | prejudice, and Judgment shall be entered accordingly.

3 | IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on petitioner.

DATED: May 25, 2009

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

R&Rs\06-2599.ado
5/12/09