```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


SUWIT PRASOPRAT,                ) Case No. CV 06-2599-PA(RC)
                                )
          Petitioner,           )
    vs.                         ) JUDGMENT
                                )
MICHAEL BENOV, Warden of the    )
Metropolitan Detention Center,  )
                                )
          Respondent            )
_____)
```

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: May 25, 2009

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

R&Rs\06-2599.jud
3/26/09